817 A.2d 1080

**Jesse JONES, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

**No. 4 MAP 2003.**

Supreme Court of Pennsylvania.

Feb. 19, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of February, 2003, the above captioned appeal is quashed as untimely. Rule 903(a), Pa. R.A.P.